BERNARD PERLMAN, Appellant, v. THOMAS MARTIN, Respondent.— In an action to recover a balance due for legal services rendered, plaintiff appeals, as limited by his brief, from so much of an order of the Supreme Court, Nassau County, entered September 21, 1972, as, on reargument, adhered to the original decision granting defendant's motion to dismiss the complaint on the ground of lack of personal jurisdiction of defendant, after a hearing. Order reversed insofar as appealed from, without costs, and motion remitted to Special Term (a) for a further hearing solely on the jurisdictional issue (1) as to whether defendant personally engaged in purposeful activity in the State of New York prior to February 15, 1968 or (2) as to whether Hamby at his New York meetings prior to February 15, 1968 represented defendant's personal interests; and (b) for a new determination. We interpret Special Term's order of May 17, 1972 as one permitting a complete inquiry into, and determination of, the question of jurisdiction. Munder, Acting P. J., Martuscello, Shapiro, Christ and Brennan, JJ., concur.

ANDRE SAINT-ILE, Appellant, v. NEW YORK CITY TRANSIT AUTHORITY, Respondent.— In a negligence action to recover damages for personal injuries, plaintiff appeals from a judgment of the Supreme Court, Kings County, entered July 31, 1972, in favor of defendant, upon the trial court's decision dismissing the complaint after selection of a jury. Judgment reversed, on the law, with costs, plaintiff's motion to amend the complaint so as to include therein a statement in conformity with subdivision 1 of section 1212 of the Public Authorities Law granted, and case remitted to the trial court for trial. No questions of fact were presented. It is uncontested that there was compliance in fact with the procedures set forth in section 1212. In our opinion, therefore, it was error to deny plaintiff's motion to amend his complaint so as to include therein a statement of said compliance. Munder, Acting P. J., Martuscello, Shapiro, Christ and Brennan, JJ., concur.

NORMAN B. SCHERMAN, Appellant, v. SCHOOL DISTRICT No. 1, TOWN OF HEMPSTEAD et al., Respondents.— Order of the Supreme Court, Nassau County, dated December 14, 1972, affirmed insofar as it is in favor of the defendant School District, without costs. No opinion. Appeal from so much of said order as is in favor of defendants Cappa, Motoyama and Ajlouny dismissed, without costs, as moot in light of our determination of the appeal from the order entered November 30, 1972. Munder, Acting P. J., Martuscello, Shapiro, Christ and Brennan, JJ., concur.